## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

*In Re,*

**Nicole Kugler.**                                                  **No. 14-mc-48-DRH**

### MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

Before the Court is Nicole Kugler's failure to appear before the Clerk to fill out a jury qualification form pursuant to a summons. *See* 28 U.S.C. § 1864. Ms. Kugler's latest correspondence with the Clerk states that she does not have to fill out the jury qualification form because she is a judge and she is not in the area anymore.

**IT IS HEREBY ORDERED** that Nicole Kugler shall appear before Chief Judge Herndon at the United States District Court for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, IL 62201, on **July 24, 2014, at 9:00 a.m.**, to **SHOW CAUSE** for her failure to respond to the jury summons. Failure to appear on this date and time shall result in the issuance of a warrant for Nicole Kugler's arrest without further warning or notice.

**IT IS SO ORDERED.**

Signed this 17th day of July.

Digitally signed by
David R. Herndon
Date: 2014.07.17
14:30:01 -05'00'

**Chief Judge**
**United States District Court**