## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

*In Re,*

**Nicole Kugler.**                                    **No. 14-mc-48-DRH**

### SHOW CAUSE ORDER

**HERNDON, Chief Judge:**

On July 17, 2014, the Court, *sua sponte*, opened this case as Nicole Kugler failed to appear before the Clerk of the Court to fill out a jury qualification form pursuant to a summons. *See* 28 U.S.C. § 1864 (Doc. 1). That same day, the Court issued a Show Cause Order and directed Kugler to appear before the Court on July 24, 2014 at 9:00 a.m. to explain why she failed to respond to the jury summons (Doc. 2). That Order also informed Kugler that the failure to appear would result in the issuance of a warrant for her arrest without further warning.

At 9:00 a.m. on July 24, 2014, the Court and Court personnel were present in the Courtroom for the Show Cause Hearing. The Court waited until 9:15 a.m. to commence the hearing. Kugler failed to attend the hearing. As noted on the record during the hearing, the Court, through the Benton, Illinois office, received two letters purportedly from Kugler and her husband. The letters state *inter alia* that they are judges, that her husband is a police officer too and that they live in Texis [sic].

**28 U.S.C. §1864(b)** provides:

Any person summoned pursuant to subsection (a) of this section who fails to appear as directed shall be ordered by the district court forthwith to appear and show cause for his failure to comply with the summons.  Any person who fails to appear pursuant to such order or who fails to show good cause for noncompliance with the summons may be fined not more than $1,000, imprisoned not more than three days, ordered to perform community service, or any combination thereof.  Any person who willfully misrepresents a material fact on a juror qualification form for the purpose of avoiding or securing service as a juror may be fined not more than $1,000, imprisoned not more than three days, ordered to perform community service, or any combination thereof.

**IT IS HEREBY ORDERED** that Nicole Kugler shall appear before Chief Judge Herndon at the United States District Court for the Southern District of Illinois, 750 Missouri Avenue, East. St. Louis, IL 62201, on **August 20, 2014 at 10:00 a.m.** to **SHOW CAUSE**  why she should not be held in contempt for failing to attend the July 24, 2014 Show Cause Hearing and for failing to complete the jury questionnaire.  If Kugler fails to appear on that date, Kugler could be fined and jailed for that contempt, as well as, being fined and jailed for her failure to respond to the juror summons.

Lastly, the Court **DIRECTS** the United States Marshal shall serve this Show Cause Order and the July 17, 2014 Order upon Nicole Kugler.  The return of service will show where Kugler was served and be deemed proof of actual service and actual notice upon Kugler.

   **IT IS SO ORDERED.**

   Signed this 24th day of July.

Digitally signed by David R. Herndon
Date: 2014.07.24
10:32:45 -05'00'

**Chief Judge**
**United States District Court**