# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| *In Re,* | ) | |
| | ) | |
| **Nicole Kugler.** | ) | No. 14-mc-48-DRH |
| | ) | |
| | ) | |

## MOTION TO CONTINUE

COMES NOW the respondent, through counsel Ransom Wuller, and moves this Honorable Court to continue the current setting of August 20, 2014 to a date approximately 30 days out in accordance with this Court's schedule. In support thereof, Respondent Kugler offers the following:

1. Nicole Kugler is set for Show Cause Hearing on August 20, 2014 at 10:00 a.m.

2. Undersigned counsel was retained on August 14 to represent Ms. Kugler.

3. Counsel has previously planned to be out of the country until September 5, 2014, and will be unable to be present on August 20.

4. Further, counsel for Ms. Kugler is filing a Motion with regard to the hearing on August 20, asking for it to be held *in camera* in regards to important privacy concerns.

WHEREFORE, counsel and Respondent Nicole Kugler pray that this Honorable Court continue the current Court setting for approximately 30 days.

                                                                      Respectfully Submitted,

                                                                       */s/Ransom P. Wuller*
                                                                       Ransom P. Wuller
                                                                       Freeark, Harvey & Mendillo, P.C.
                                                                       115 W. Washington St.
                                                                       Belleville, Illinois 62222-0546
                                                                       Tel: 618-233-2686

## CERTIFICATE OF SERVICE

 I hereby certify that on August 14, 2014, I electronically filed this with the Clerk of Court using the CM/ECF system.

            */s/Ransom P. Wuller*
             Ransom P. Wuller
             Attorney for the Respondent